**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18–02854–jw                                                                 Chapter: 13

**In re:**
Larry Bruce Frost

| Entered By The Court 8/23/18 | ORDER | Filed By The Court 8/23/18 Laura A. Austin Clerk of Court US Bankruptcy Court |

CI Order – The plan as presently filed will be confirmed if the trustee recommends confirmation. If the plan is not confirmed, a continued confirmation hearing shall be held on 09/20/2018 at 09:30AM in Charleston. Any other conditions incident to confirmation which may have been made orally by the Court during the hearing are hereby made a part of this order. AND IT IS SO ORDERED. Signed By: Judge John E. Waites, US Bankruptcy Court – District of South Carolina.

*/s/ John E. Waites*

United States Bankruptcy Judge